

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 2 8 2011

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )        CRIMINAL NO. 2:11CR20018-001
                                )
JAVIER MEZA-GARCIA              )

## CONSENT ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS

In the Forfeiture Allegation of the Indictment, the United States sought forfeiture, pursuant to Title 21 U.S.C. § 853, of all real property derived from, involved in, or used to facilitate the offense contained in Count One of the Indictment, including the premises known as 2818 N. Albert Pike Avenue, Fort Smith, Arkansas 72904, more specifically described as follows:

> Tract I: Part of Lots (1) and Two (2) in Block One (1) of Broadmoor Addition to the City of Fort Smith, Arkansas, described as follows: Beginning at the Northwest Corner of said Lot 1, being the intersection of the South line of Johnson Street and the East line of Albert Pike Avenue, thence East 138 feet, thence South 76.66 feet, thence West 138 feet, thence North 76.66 feet to the point of beginning.

> Tract II: Part of Lots One (1) and Two (2) in Block One (1) of Broadmoor Addition to the City of Fort Smith, Arkansas, described as follows: Commencing at the Northwest corner of said Lot 1, being the intersection of the South line of Johnson Street and the East line of Albert Pike Avenue; thence South 76.66 feet to the point of beginning; thence East 138 feet, thence South 14 feet, thence West 138 feet, thence North 14 feet to the point of beginning.  (Doc. 8).

The Indictment also sought, pursuant to Title 21 U.S.C. § 853(p), the forfeiture of substitute assets if, the above-listed property, among other grounds, had been commingled with other property which could not be divided without difficulty. Id.

On June 29, 2011, the defendant Javier Meza-Garcia pleaded guilty to Count One of the Indictment, charging him with distribution of a controlled substance, namely, a mixture or

substance that contained more than 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).  Pursuant to a written plea agreement entered into by the parties, the defendant agreed to forfeit all of his rights, title and interest to the assets which are listed in the Forfeiture Allegation of the Indictment. (Doc. 20).  The defendant acknowledged that all property covered by his agreement is subject to forfeiture of his interest as proceeds of illegal conduct, property facilitating illegal conduct, property involved in illegal conduct giving rise to forfeiture, or as substitute assets for property otherwise subject to forfeiture. Id.

On June 29, 2011, this Court entered a Preliminary Order of Forfeiture, forfeiting the defendant's interest in the premises known as 2818 N. Albert Pike Avenue, Fort Smith, Arkansas 72904 to the United States.  (Doc. 21)  The United States published notice of this order pursuant to 21 U.S.C. § 853 (n)(1), and also sent actual notice to Maria Del Soccorro Quinonez, the wife of the defendant.  On September 13, 2011, a claim of interest in the premises by Maria Del Soccorro Quinonez was hand delivered to the United States Attorney's Office, and on September 15, 2011, an attorney for the United States filed an Acknowledgment of Receipt of that claim. (Doc. 23).

After reviewing the circumstances, and Ms. Soccoro-Quinonez's possible claim to the property, all parties agree that it is in all of the parties best interests for the defendant to forfeit, pursuant to Title 21 U.S.C. § 853(p), $29,4000 in United States Currency to the United States as substitute assets, in lieu of the premises known as 2818 N. Albert Pike Avenue, Fort Smith, Arkansas 72904.  In exchange for the $29,4000 in United States Currency, the United States will release any claim, interest, or *lis pendens* it currently holds in 2818 N. Albert Pike Avenue, Fort

Smith, Arkansas 72904, and will not pursue any further forfeiture action against the property.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That based upon the agreement of the parties, $29,4000 in United States Currency shall be forfeited to the United States as substitute assets under Title 21 U.S.C. § 853(p).

2. Upon receipt of $29,4000 in United States Currency, the United States shall release any claim, interest, or *lis pendens* it currently holds in 2818 N. Albert Pike Avenue, Fort Smith, Arkansas 72904.

IT IS SO ORDERED this 2 PK day of ᴍᴜᴄᴍᴙᴜᴜ , 2011

P. K. Hermus
HONORABLE P. K. HOLMES, III
UNITED STATES DISTRICT JUDGE

Reviewed and consented to by:

*Javier Garcia*
Javier Meza-Garcia, Defendant


Rex Chronister, Counsel for Defendant


*Maria Quinones.*
Maria Del Soccorro Quinonez, Claimant


Clay Fowlkes, Assistant U.S. Attorney